UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*  Case No. 23-mj-01837

ANDREW SPRECHER,

    *Defendant.*

## UNOPPOSED MOTION TO EXTEND INDICTMENT TIME LIMIT

Andrew Sprecher, by counsel, Dennise Moreno, respectfully moves this Court to extend the deadline for a return of an indictment in this matter by 45 days – from January 8, 2024, to February 22, 2024.

Previously, after discussing his right to be indicted within 30 days of his arrest under 18 U.S.C. § 3161 with defense counsel, Mr. Sprecher waived that right in a signed written waiver and asked the Court to extend the time limits for indictment until January 8, 2024. Mr. Sprecher now moves for an additional 45-day extension of the indictment timeline so that the parties can continue to discuss the possibility of resolution of this case prior to indictment. Mr. Sprecher seeks this time given other matters defense counsel has scheduled in the following weeks, including a two-week trial in another matter set to begin on January 8, 2024.

*Federal Defender Services*
*of Wisconsin, Inc.*

Per United States Attorney Margaret Honrath, the government does not oppose this request.

Dated at Milwaukee, Wisconsin, this 4th day of January, 2024.

Respectfully submitted,

/s/ Dennise Moreno
Dennise Moreno, NY Bar #5797154
Federal Defender Services
    of Wisconsin, Inc.
411 E. Wisconsin Avenue, Suite 2310
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: dennise_moreno@fd.org

*Counsel for Defendant,* Andrew Sprecher